# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:14CR291 |
| vs. | ) | ORDER |
| JAMES E. THOMPSON, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant James E. Thompson (Thompson) for reconsideration of conditions of pre-trial release (Filing No. 20). Thompson seeks permission to travel to Virginia for the Thanksgiving holiday. Thompson has previously violated the conditions of his release by testing positive for using a controlled substance. There are consequences for such a violation. Thompson's motion to travel to Virginia is denied.

**IT IS SO ORDERED.**

DATED this 20th day of November, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge