IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                               )
             Plaintiff,     )          8:14CR291
                               )
        v.             )
                               )
JAMES E. THOMPSON,        )          ORDER
                               )
             Defendant.    )
_____)

This matter is before the Court on defendant's objections to findings and recommendations (Filing No. 37), and on plaintiff's statement of objections to magistrate judge's findings and recommendation (Filing No. 41).  The Court has reviewed defendant's motion to suppress (Filing No. 17), the transcript of the hearing (Filing No. 33), and the findings and recommendation of the magistrate judge (Filing No. 34).  The Court finds the objections should be overruled and the findings and recommendation of the magistrate judge should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The findings and recommendation of the magistrate judge are approved and adopted.

2) The objections of the parties to said findings are overruled.

3) Defendant's motion to suppress is denied.

4) Trial of this matter is scheduled for:

**Monday, April 13, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse,
Omaha, Nebraska, or as soon thereafter as may be called by the
Court.  The parties will have time to prepare for trial or pursue
plea negotiations, and it will accommodate the schedule of
counsel and of the Court.  The ends of justice will be served by
continuing this case and outweigh the interests of the public and
the defendant in a speedy trial.  The additional time between
February 20, 2015, and April 13, 2015, shall be deemed excludable
time in any computation of time under the requirement of the
Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 20th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court