IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )          8:14CR291
                                )
       v.                       )
                                )
JAMES E. THOMPSON,              )        ORDER NUNC PRO TUNC
                                )
              Defendant.        )
_____)
```

This matter is before the Court on defendant's objections to findings and recommendations (Filing No. 37), and on plaintiff's statement of objections to magistrate judge's findings and recommendation (Filing No. 41). The Court has reviewed defendant's motion to suppress (Filing No. 17), the transcript of the hearing (Filing No. 33), and the findings and recommendation of the magistrate judge (Filing No. 34). The Court finds the objections should be overruled and the findings and recommendation of the magistrate judge should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The findings and recommendation of the magistrate judge are approved and adopted.

2) The objections of the parties to said findings are overruled.

3) Defendant's motion to suppress is granted as to the items seized from Thompson's GMC but denied as to Thompson's statements to HSI officers.

4) Trial of this matter is scheduled for:

**Monday, April 13, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of counsel and of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between February 20, 2015, and April 13, 2015, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 23rd day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court