IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR291 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES E. THOMPSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to continue trial (Filing No. 54).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Tuesday, May 26, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of counsel and of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between April 13, 2015, and May 26, 2015, shall be deemed excludable time

in any computation of time under the requirement of the Speedy

Trial Act.   18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 3rd day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court